AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE SEARCH OF<br>DELL LATITUDE E7450 LAPTOP<br>SERVICE TAG 18M8282, GSAID A006791, CURRENTLY LOCATED AT 409<br>3rd STREET, S.W., WASHINGTON D.C UNDER RULE 41 | )<br>)<br>)   Case No.   sw-19-323<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

a Dell Latitude E7450 laptop computer, assigned Service Tag 18M8282 and GSAID A006791 stored at the GSA-OIG National Capital Region, Office of Investigations, located at 409 3rd Street, S.W., Suite 300, Washington, D.C. (see attachment A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

evidence of violations of 18 U.S.C. §§ 371 (Conspiracy), 201 (Bribery), 1343 (Wire Fraud), and 1001 (False Statements) (see Attachment B).

**YOU ARE COMMANDED** to execute this warrant on or before   September 20, 2019   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Robin M. Meriweather   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   09/06/2019 12:00 pm                                   *[signature]*
                                                                                                                          *Judge's signature*

City and state:   Washington, D.C.                                              US Magistrate Judge, Robin M. Meriweather
                                                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>sw-19-323 | Date and time warrant executed:<br>9/16/2019  3:21 PM | Copy of warrant and inventory left with:<br>ERIC L. JONES, GSA-OIG |
| Inventory made in the presence of:<br>ERIC L. JONES | | |
| Inventory of the property taken and name of any person(s) seized:<br>DIGITAL IMAGE OF DELL LATITUDE E7450 LAPTOP, SERVICE TAG 18M8282, GSA ID A006791 | | |

**FILED**

NOV 0 8 2019

Clerk, U.S. District and
Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/8/2019

_____
Executing officer's signature

Patrick S. McCarthy, Special Agent
*Printed name and title*